**FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER SERVICES**
www.800helpfla.com ■ 1-800-HELP-FLA ■ (850) 410-3800

DAVID TOM: Thank you for using Florida Department of Agriculture and Consumer Services live chat. The chat transcript for this session is below. 

6/15/2022, 11:22:28 **DAVID TOM** says

Is there a way to get a verified printout from the FL DACS verifying a phone number of 321-917-0760?

6/15/2022, 11:22:28 **FDACS** says

Thank you for contacting the Florida Department of Agriculture and Consumer Services.

6/15/2022, 11:22:29 **FDACS** says

All agents are currently busy. Please hold for the next available agent. Your current position in the queue is 1

6/15/2022, 11:23:06 **Agent5446** Has received your inquiry. Please continue to hold.

6/15/2022, 11:23:45 **Agent5446** says

Good morning David.

6/15/2022, 11:25:57 **Agent5446** says

One moment please.

6/15/2022, 11:28:03 **Agent5446** says

Thank you for holding David. I searched the department's website and found the following link to verify whether this number is registered with this department:
**https://csapp.fdacs.gov/cspublicapp/Complaints/SubscribeNow.aspx** .

6/15/2022, 11:28:22 **DAVID TOM** says

The website says "registered"

6/15/2022, 11:28:31 **DAVID TOM** says

It does not indicate date of registration

6/15/2022, 11:28:35 **DAVID TOM** says

That's what I'm asking

6/15/2022, 11:30:36 **Agent5446** says

That is correct. This number is registered on Florida's Do Not Call program with an effective date of January 2014. This registration is permanent.

6/15/2022, 11:30:57 **Agent5446** says

Is there anything else that I can help you with today?

6/15/2022, 11:32:08 **Agent5446** says

You may print this chat as verification of registration. To print your chat transcript, at the end of the chat session, use the print button located in the top right-hand corner of the chat screen.

6/15/2022, 11:32:40 **Agent5446** says

Is there anything else that I can help you with David?

6/15/2022, 11:33:40 **Agent5446** says

Thank you for contacting the Florida Department of Agriculture and Consumer Services. If you need further assistance, please contact us by phone at 1-800-435-7352 or (850) 410-3800, M-F, 8:00 a.m. - 5:00 p.m., or email us at CSWebmaster@FDACS.gov.

Agent5446 6/15/2022, 11:33:43 has left the session.


PLAINTIFF'S EXHIBIT B