Hello, Edith and David! We are representing a homeowner in your neighborhood on Arthur Ct. With the sale of their home, we have already been contacted by a dozen buyers interested in this property. We now have multiple buyers that are interested in living in your neighborhood. Have you considered taking advantage of this market and selling your home?

Could we send you a free home valuation so you would know the current value of your home in today's market?

~Shaira with the Lane Team at Keller Williams Realty



PLAINTIFF'S
EXHIBIT

tabbies

Can you send it to me via

14:17

LTE



+1 (321) 209-0655

Text Message
Today 13:49

Hello, Edith and David! We are representing a homeowner in your neighborhood on Arthur Ct. With the sale of their home, we have already been contacted by a dozen buyers interested in this property. We now have multiple buyers that are interested in living in your neighborhood. Have you considered taking advantage of this market and selling your home?

Could we send you a free home valuation so you would know the current value of your home in today's market?

~Shaira with the Lane Team at Keller Williams Realty

Can you send it to me via email?

Absolutely! Can we have your active email address please?

Text Message



PLAINTIFF'S EXHIBIT