Case 6:22-cv-02217-PGB-LHP   Document 1-4   Filed 11/30/22   Page 1 of 1 PageID 15

 **Gmail**	David Tom <david.m.tom@gmail.com>

## Your Market Report for 657 N Hedgecock Square, Satellite Beach, FL

**Paige Lane** <no-reply@brivitycma.com>	Thu, Aug 18, 2022 at 4:26 PM
Reply-To: Paige Lane <paige@lanehometeam.com>
To: David Tom <david.m.tom@gmail.com>

Your new Market Report is now available!



KELLER WILLIAMS REALTY



Paige Lane
(321)-626-0889
Keller Williams Realty Brevard

Hello,

Here is an update on how sales and home prices are trending for 657 N Hedgecock Square, Satellite Beach, FL, Residential, 3 - 4 beds, up to 2.0 baths, 1.0 mile radius.

## 30 Day Trends



| Average List Price | Average Days on Market |
|---|---|
| $643,083 | 55 days |

| New Listings | Sold Listings |
|---|---|
| 6 homes | 4 homes |

PLAINTIFF'S EXHIBIT D