## Back to usage

## Data, text & talk logs

**Device:** DAVID TOM | 321.917.0760

**Billing period:** Jul 29, 2022 - Aug 28, 2022
Showing details for Talk usage

| | Totals for this billing period: | 280 calls | 2823 minutes | $0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 08/16/2022 | 03:19PM | 617.276.5482 | Incoming, CL | M2AM | 5 | 0.00 |
| 08/16/2022 | 03:33PM | 321.576.5344 | Cocoa, FL | M2AM | 2 | 0.00 |
| 08/16/2022 | 04:03PM | 978.431.0202 | Littleton, MA | XSTP | 2 | 0.00 |
| 08/16/2022 | 04:12PM | 877.649.2262 | Toll Free, CL | XSTP | 1 | 0.00 |
| 08/16/2022 | 04:58PM | JL Cell | St Johns, FL | M2AM | 8 | 0.00 |
| 08/16/2022 | 05:27PM | 484.447.4315 | Incoming, CL | XSTP | 2 | 0.00 |
| 08/16/2022 | 05:49PM | 800.645.9700 | Toll Free, CL | XSTP | 26 | 0.00 |
| 08/16/2022 | 05:55PM | 321.576.5344 | Call Wait | M2AM | 1 | 0.00 |
| 08/17/2022 | 09:03AM | 813.816.2827 | Incoming, CL | XSTP | 4 | 0.00 |
| 08/17/2022 | 09:06AM | 321.508.2699 | Melbourne, FL | M2AM | 1 | 0.00 |
| 08/17/2022 | 09:24AM | 617.276.5482 | Incoming, CL | M2AM | 1 | 0.00 |
| 08/17/2022 | 10:38AM | 800.604.6052 | Incoming, CL | XSTP | 1 | 0.00 |
| 08/17/2022 | 02:37PM | 321.848.2111 | Incoming, CL | M2AM | 4 | 0.00 |
| 08/17/2022 | 03:09PM | 321.259.6100 | Eau Gallie, FL | XSTP | 1 | 0.00 |
| 08/17/2022 | 03:20PM | 321.508.2699 | Melbourne, FL | M2AM | 1 | 0.00 |
| 08/17/2022 | 03:50PM | 614.271.7420 | Columbus, OH | M2AM | 1 | 0.00 |
| 08/17/2022 | 04:13PM | 800.226.2191 | Toll Free, CL | XSTP | 1 | 0.00 |
| 08/18/2022 | 09:31AM | JL Cell | Incoming, CL | M2AM | 31 | 0.00 |
| 08/18/2022 | 01:41PM | 321.953.8985 | Melbourne, FL | XSTP | 1 | 0.00 |
| 08/18/2022 | 01:42PM | 321.952.3437 | Melbourne, FL | XSTP | 3 | 0.00 |
| 08/18/2022 | 02:40PM | JL Cell | Incoming, CL | M2AM | 48 | 0.00 |
| 08/18/2022 | 04:26PM | 321.626.0889 KWLANE | Incoming, CL | M2AM | 2 | 0.00 |
| 08/18/2022 | 04:40PM | 321.863.2405 | Incoming, CL | M2AM | | |

**PLAINTIFF'S EXHIBIT E**