TOM
105 SHERPUE AVE
PALM BAY, FL
32907

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$                                 8/24/22
Sent To  ATL PAR REALTY
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0001 8927 7111



CERTIFIED MAIL

7021 2720 0001 8927 7111

ATLANTIC PARTNERS REALTY
BREVARD

STEVE TUPTS
6905 N. WICKHAM RD.
SUITE #180
MELBOURNE, FL 32940



PLAINTIFF'S EXHIBIT
F