9/11/22, 6:30 AM                                    AT&T

## Back to usage

Data, text & talk logs

**Device:** David Tom | 321.917.0760

**Billing period:** Aug 29, 2022 - Present
Showing details for Talk usage

View details by: Talk

**Totals for this billing period:** 152 calls | 1525 minutes | $0.00

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 09/01/2022 | 02:20PM | Ferarra Law | INCOMING | M2AM | 1 | 0.00 |
| 09/01/2022 | 01:46PM | 985.771.5421 | INCOMING | DT | 3 | 0.00 |
| 09/01/2022 | 12:30PM | 863.419.5564 | INCOMING | M2AM | 2 | 0.00 |
| 09/01/2022 | 11:32AM | 954.651.2645 | INCOMING | M2AM | 4 | 0.00 |
| 08/31/2022 | 08:56PM | 321.961.5686 | COCOA | M2AM | 63 | 0.00 |
| 08/31/2022 | 06:02PM | 321.259.9500 | INCOMING | DT | 1 | 0.00 |
| 08/31/2022 | 04:42PM | 407.743.7924 | INCOMING | DT | 4 | 0.00 |
| 08/31/2022 | 03:01PM | JL Cell | ST JOHNS | M2AM | 84 | 0.00 |
| 08/31/2022 | 01:16PM | 321.372.1372 | INCOMING | DT | 3 | 0.00 |
| 08/31/2022 | 01:13PM | 321.209.6072 | ORLANDO | DT | 2 | 0.00 |
| 08/31/2022 | 01:13PM | 321.209.6072 | ORLANDO | DT | 1 | 0.00 |
| 08/31/2022 | 01:05PM | 321.626.0241 | INCOMING | M2AM | 8 | 0.00 |
| 08/31/2022 | 01:01PM | 321.626.0241 | COCOA | M2AM | 1 | 0.00 |
| 08/31/2022 | 12:16PM | 321.723.9673 | MELBOURNE | DT | 4 | 0.00 |
| 08/31/2022 | 11:50AM | JL Cell | ST JOHNS | M2AM | 1 | 0.00 |
| 08/31/2022 | 10:57AM | 617.901.6447 | INCOMING | M2AM | 37 | 0.00 |
| 08/30/2022 | 08:45PM | 253.205.7247 | INCOMING | M2AM | 14 | 0.00 |
| 08/30/2022 | 08:44PM | 253.205.7247 | AUBURN | M2AM | 1 | 0.00 |
| 08/30/2022 | 07:00PM | 484.626.3942 | BETHLEHEM | M2AM | 104 | 0.00 |
| 08/30/2022 | 04:44PM | 813.412.5159 | CALL WAIT | CW | 5 | 0.00 |
| 08/30/2022 | 04:22PM | JL Cell | ST JOHNS | M2AM | 23 | 0.00 |
| 08/30/2022 | 04:13PM | 321.626.0889 KWLANE | INCOMING | M2AM | 9 | |

**PLAINTIFF'S EXHIBIT G**