To:   David Tom
      1058 Herne Ave
      Palm Bay, FL 32907

Mr. Tom,

We received your letter regarding the alleged Keller Williams agent that contacted you. There are multiple Keller Williams offices in the area and each office is independently owned and operated. We would ask that you provide us with the phone number of the individual who contacted you so we can ascertain whether it was an agent from our brokerage.

Additionally, all our agents are independent contractors. We have a strict policy against this type of activity that our agents acknowledge upon joining our brokerage. If the individual in question is one of our agents, it will be necessary for you to address them directly.

Respectfully,

Danielle Mooradian
Market Center Administrator
Keller Williams Realty Brevard


PLAINTIFF'S EXHIBIT H