

## Keller Williams of Brevard DNC Policy

It is the policy of Keller Williams of Brevard ("KW") to fully comply with all applicable Do Not Call ("DNC") laws and regulations regarding wired and wireless telephone communications (whether by live, artificial, or prerecorded voice, telephone facsimile machine, computer or otherwise) to any covered telephone line or number. KW does not make or sanction the making of so-called "robocalls" nor mass emails or texts.

All employees, independent contractors, vendors, and any persons or entities purporting to act on behalf of KW are strictly forbidden from making any telemarketing calls or communications without first consulting with KW's Operating Partner or their designee regarding appropriate procedures adhering to the TCPA and applicable state laws. Agents and brokers conducting telemarketing in reference to a product or marketing initiative of KW or any KW affiliate or subsidiary shall fully adhere to the TCPA, any related federal laws, regulations and rules, and all applicable state laws (collectively, "Telemarketing Laws").

In a good faith effort to so comply and to provide consumers with an opportunity to exercise their DNC rights, KW hereby establishes and will implement, the following procedures:

1. No representative of KW shall initiate any telephone solicitation, as defined by law, to any residential telephone subscriber before the hour of 8:00 a.m. or after 9:00 p.m. (local time at the called party's location).
2. KW abides by the guidelines set out by the National Federal Trade Commission and Local State Guidelines. All Do Not Call numbers will be removed from KW calling ad infinitum. The following are the ways that numbers can be put on KW DNC List:
    a. National, State, and Wireless DNC lists are updated every 31 days. These numbers are removed from the active calling and put on the Master DNC List.
    b. If someone wants to put their numbers on the DNC, their numbers will be automatically put into the Master DNC List. This is updated every day.
    c. If KW receives communication after point of contact by someone wanting to put their number on our DNC list, this will be manually entered in the master DNC List which updates instantaneously, after which no contact will be



PLAINTIFF'S EXHIBIT 1

KELLER WILLIAMS® REALTY BREVARD
6905 N Wickham Road Suite 110 • Melbourne, FL 32940
Office Phone 321-259-1170• Fax 321-259-1158
Each Keller Williams Office is Independently Owned and Operated



    made. In addition, KW's DNC regulatory compliance is verified by an independent third party on a regular basis.

3. Before making any telephone solicitation, KW shall remove any and all telephone numbers listed on a newly obtained solicitation list which are also currently listed in the Master DNC list. The process is performed by an automated filtering process at the database level.
4. As an additional precaution, the Master DNC list is automatically synchronized between all dialing systems (if any) and databases on a daily basis. The electronic synchronization will remove all newly added or synchronized telephone numbers from all dialing systems (if any) and solicitation lists.
5. Exceptions to procedures (3) and (4) above include:
   a. When KW has the subscriber's prior express permission, evidenced by a signed written agreement which states that the consumer agrees to the contact by KW and includes the telephone number to which the call may be placed,
   b. the KW representative making the call has a personal relationship with the recipient of the call (a personal relationship means that the person called is personally known to the caller), or
   c. KW has an "established business relationship," as defined by law, which is such to create an expectation on the part of the consumer that a particular company will call them. An established business relationship with one company may extend to an affiliate of that company if the consumer would reasonably expect the affiliate to be included as part of the relationship (for example, customer service or billing concerns).

Individuals who violate these policies and procedures must be promptly reported to KW leadership. KW respects the privacy of all our customers and strives to provide the best possible customer service. If you feel that you have been contacted in violation of this policy or applicable Federal or State law, then please contact us immediately.



KELLER WILLIAMS® REALTY BREVARD
6905 N Wickham Road Suite 110 • Melbourne, FL 32940
Office Phone 321-259-1170 • Fax 321-259-1158
Each Keller Williams Office is Independently Owned and Operated