UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

        **Plaintiff,**

v.                                         Case No: 6:22-cv-2217-PGB-LHP

**ATLANTIC PARTNERS REALTY BREVARD, LLC and PAIGE LANE,**

        **Defendants.**

_____

## ORDER

This case is before the Court upon periodic review. On June 29, 2023, the Court entered an Order allowing Plaintiff to file an Amended Complaint on or before July 12, 2023 (Doc. 25). Plaintiff has failed to file an Amended Complaint, and the time to do so has now passed. Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida, this 28th day of July, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

Any Unrepresented Party